

KARPF, KARPF & VIRANT
ATTORNEYS AT LAW

140 Broadway
46th Floor
New York, NY 10005
Tel: (212) 929-6030
Fax: (212) 929-6123
avirant@karpf-law.com

June 21, 2007

The Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: **Bustamante, et ano v. Tamir and Parking Mgmt., LLC**
    **Docket No. 07-3721**

Dear Judge Stein:

I represent both Plaintiffs in the above-referenced matter. Presently, there is a case management conference scheduled in your chambers tomorrow, June 22 at 10:30 a.m., and the purpose of this letter is to request a continuance of the aforementioned conference.

On May 30, 2007, I sent a Request for Waiver of Service to defendants in this matter. To date, I have not received a signed waiver of service or responsive pleading from defendant, nor have I been contacted by an attorney representing defendants, as defendants time to sign the waiver of service is set to expire on June 29. Therefore, I am requesting that the conference scheduled for tomorrow be continued until Plaintiffs receive a responsive pleading in this matter.

I remain available by telephone should Your Honor require any further information regarding this matter.

Thank you.

Respectfully submitted,

KARPF, KARPF & VIRANT

Adam C. Virant

cc: Elliot Tamir
    Parking MGMT., LLC

6/22/07
Adjourned to
July 26 at 2pm.
SO ORDERED 6/22/07

SIDNEY H. STEIN
U.S.D.J.

Pennsylvania · New Jersey · New York