# WAIVER OF SERVICE OF SUMMONS

TO: <u>Adam C. Virant</u>

I acknowledge receipt of your request that I waive service of a summons in the action of <u>Victor Bustamante and Freddy Bustamante v. Elliot Tamir and Parking Mgmt. LLC</u>, which is case number <u>07-cv-3721</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>May 30, 2007</u>, or within 90 after that date if the request was sent outside the United States.

<u>06-25-07</u>
Date

Signature: [signed]
Printed/typed name:

{as <u>OFFICER</u>}
{of <u>PARKING MGNT, LLC</u>}