UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

*Bustamante*

Plaintiff(s),

-against-

*Parking Mgmt LLC*

Defendant(s).

------------------------------------------------------------------x

07 Civ. 3721 (SHS) (AJP)

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
*July 26, 2007*

_____
Plaintiff  *Adam C. Virant*
Address *140 Broadway, 46th Fl.*
        *New York, NY 10005*
Telephone *212 929 6030*

_____
*Kevin Jenkins*
Attorney for Defendant
Address *61 Broadway, Suite 2500*
        *NY NY 10006*
Telephone *917-551-1300*

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED: *7/26/07*

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.