UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

VICTOR BUSTAMANTE & FREDDY
BUSTAMANTE,

          Plaintiffs,

    -against-

ELLIOT TAMIR & PARKING MGMT. LLC,

          Defendants.
------------------------------------- x

07 Civ. 3721 (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/07

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for August 3, 2007 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
            July 30, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Adam C. Virant, Esq.
                                 Kevin Jenkins, Esq.