UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VICTOR BUSTAMANTE, *ET ANO*,         :

              Plaintiffs,         :

     -against-         :

ELLIOT TAMIR, *ET ANO*,         :

             Defendants.         :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

07 Civ. 3721 (SHS) (AJP)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

**XX** Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated: New York, New York
      July 26, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.