UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

VICTOR BUSTAMANTE & FREDDY BUSTAMANTE, :

        Plaintiffs, :

   -against- :

ELLIOT TAMIR & PARKING MGMT. LLC, :

        Defendants. :

------------------------------------x

07 Civ. 3721 (AJP)

RULE 16 INITIAL PRETRIAL
CONFERENCE ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on August 3, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

1. All fact and expert discovery must be completed by October 31, 2007. Expert reports must be served by October 5, 2007. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due August 13, 2007. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

2. Each party will notify this Court by November 2, 2007 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by November 27, 2007, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

2

3.  The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules, by November 26, 2007 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4.  A status conference will be held before the undersigned on September 25, 2007 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

5.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         August 3, 2007

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:   Adam C. Virant, Esq.
                              Kevin Jenkins, Esq.