# KARPF KARPF & VIRANT
### ATTORNEYS AT LAW

RECEIVED SEP 24 2007 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

140 Broadway
46th Floor
New York, NY 10005
Tel (212) 929-6030
Fax (212) 929-6123
avirant@karpf-law.com

September 24, 2007

**Sent via fax (212) 805-7933**

The Honorable Andrew J. Peck
United States District Court
500 Pearl Street
New York, NY 10007

Re: *Bustamante v. Tamir et al.*
Docket No. 07-3721

Dear Judge Peck:

I represent Plaintiffs in the above-referenced matter. Presently, a Status Conference is scheduled to be held tomorrow, September 25, 2007 at 9:30 a.m. before Your Honor.

Presently there are no discovery issues to bring before Your Honor and discovery is proceeding as planned. Accordingly, on the behalf of both parties, I contacted your chambers today and informed your secretary that there is no need for tomorrow's conference to proceed. As a result, your secretary has confirmed that the Status Conference will now be held on October 22, 2007 at 4:30 p.m. in your chambers.

I remain available by telephone should Your Honor require any further information regarding this matter.

Thank you.

Respectfully submitted,

**KARPF, KARPF & VIRANT**

Adam C. Virant

cc: Kevin Jenkins, Esq. (via facsimile 973.962.0130)

**MEMO ENDORSED** 9/24/07

1. [illegible]
2. The Court reminds counsel that the 10/31 discovery cutoff date is unlikely to be extended.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy to: [illegible]

BY FAX

Pennsylvania • New Jersey • New York

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated</u>: September 24, 2007                              <u>Total Number of Pages</u>:  2

| TO | FAX NUMBER |
|---|---|
| Adam C. Virant, Esq. | 212-929-6123 |
| Kevin Jenkins, Esq. | 973-962-0130 |
|  |  |

## TRANSCRIPTION:

1. Approved.

2. The Court reminds counsel that the 10/31 discovery cutoff date is unlikely to be extended.