UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

VICTOR BUSTAMANTE & FREDDY BUSTAMANTE,

        Plaintiffs,

    -against-

ELLIOT TAMIR & PARKING MGMT. LLC,

        Defendants.
------------------------------------- x

07 Civ. 3721 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (<u>see</u> attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
             October 22, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Adam C. Virant, Esq.
                                  Kevin Jenkins, Esq.

C:\ORD\Dismiss.AJP